# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR03-00413 |
| CASE NAME: | USA v. Coleen S. Anderson-Cook |
| ATTYS FOR PLA: | Gabriel Colwell |
| ATTYS FOR DEFT: | Alexander Silvert |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 10/19/2007 | TIME: | 3:04-3:09pm |

COURT ACTION:  EP: Initial Appearance and A&P to the Information - defendant present, in custody.

Defendant sworn to the financial affidavit and request for court appointed attorney is granted.  Alexander Silvert and the Office of the Federal Public Defender are appointed as counsel for defendant.

Mr. Silvert notes that defendant's name has changed to Coleen S. Anderson-Cook since her marriage.

Arraignment waived, plea of Not Guilty entered.

Non Jury Trial set 12/5/07, 9:00am, Judge Kobayashi

Defendant and government concur with the pretrial services report.
Bail -
Execute an unsecured bond in the amount of $5,000.

(7b)   Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services.

(7h3)  Travel is restricted to: the island of Oahu.

(7s2)  You are prohibited from possessing, or having access to any firearm, ammunition, destructive device, or other dangerous weapon. Immediately surrender all firearms, ammunition, destructive devices, and other dangerous weapons to an agent approved by Pretrial Services.

(7u1) Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers.

(7v1) To ensure compliance with the restriction on illicit drug use, submit to random drug detection testing as approved by Pretrial Services.

Other Conditions: Based upon the results of a post release interview, you may be required to submit to drug and/or alcohol detection testing, undergo a substance abuse assessment, and/or participate in any recommended treatment, as directed by Pretrial Services. You must contribute toward the costs of the substance abuse testing and treatment services, to the extent you are financially able to do so, as determined by Pretrial Services.

Comply with the terms and conditions of your State Probation.

In conjunction with the Ho'okele program, the Court authorizes the defendant to participate in voluntary stress and anxiety counseling as arranged by Pretrial Services.

Defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.

Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

Defendant remanded to the custody of the USMS

Submitted by: Shari Afuso, Courtroom Manager