AO 422 (Rev. 12/85) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 22 2007
at ___ o'clock and ___ min ___
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 03-00413 |
| COLLEN S. ANDERSON | |
| (Name and Address of Defendant) | |

2004 MAY 10 PM 4:50  U.S. MARSHALS SERVICE HONOLULU  RECEIVED

YOU ARE HEREBY COMMANDED TO ARREST COLLEEN S. ANDERSON and bring him or her forthwith to the nearest district/ magistrate judge to answer an Information, charging him or her with (brief description of offense)

COUNT 1: KNOWINGLY DID STEAL, PURLOIN AND CONVERT THINGS OF VALUE OF THE UNITED STATES.

COUNT 2: KNOWINGLY AND UNLAWFULLY ENTERED HICKAM AIR FORCE BASE FOR A PURPOSE PROHIBITED NY LAW.

COUNT 3: KNOWINGLY DID MANUFACTURE AND POSSESS AN IDENTIFICATION CARD OF THE UNITED STATES DEPARTMENT OF DEFENSE.

in violation of Title 18 United States Code, Section(s) 641; 1382; 701.

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| _(signature)_ | MAY 7, 2004 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at $ 200.00 CASH    By: Barry M. Kurren, United States Magistrate Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at 300 Ala Moana Blvd Honolulu, HI 90850.

| Date Received 5/10/07 | NAME AND TITLE OF ARRESTING OFFICER Jay Bieber DUSM | SIGNATURE OF ARRESTING OFFICER _(signature)_ |
|---|---|---|
| Date of Arrest 10/19/07 | | |