PS8  HIPS-SUP-L-PETITN-01 (12.05)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 20 2007

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

U.S.A. vs. COLEEN S. ANDERSON-COOK          CRIMINAL NO. 03-00413KSC-01

Petition for Action on Conditions of Pretrial Release

COMES NOW DAVID K. KAHUNAHANA, U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant COLEEN S.. ANDERSON-COOK, who was placed under pretrial release supervision by the Honorable Kevin S.C. Chang sitting in the Court at Honolulu, Hawaii. The defendant has been under pretrial services supervision since October 19, 2007. The current conditions of pretrial release are as follows:

REFER TO PRETRIAL SERVICES REPORT(S)

Respectfully presenting petition for action of Court and for cause as follows:

That the defendant's conditions of pretrial release be modified as follows:

**ADD:**

- (7b) Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services.

- (7i) Do not change residence without the advance approval of Pretrial Services.

- (7j) Maintain residence as approved and directed by Pretrial Services.

- (7n) Undergo a psychiatric/mental health evaluation and participate in any recommended counseling as approved by Pretrial Services. Take all medications as prescribed.

- (7r) Placement at YMCA/YWCA. You are restricted to the facility at all times except as pre-approved by Pretrial Services. You are required to abide by all established rules of the facility.

U.S.A. vs. COLEEN S.. ANDERSON-COOK
CRIMINAL NO. 03-00413KSC-01                                November 19, 2007
Petition for Action on Conditions of Pretrial Release                 Page 2 of 2

---

PRAYING THAT THE COURT WILL ORDER the aforementioned modification of pretrial release.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 19th day of November, 2007 and ordered filed and made a part of the records in the above case. | Executed on: November 19, 2007 |
| *[signature]* <br> BARRY M. KURREN <br> U.S. Magistrate Judge | *[signature]* <br> DAVID K. KAHUNAHANA <br> U.S. Pretrial Services Officer |
| | Place: Honolulu, Hawaii |