# MINUTES

CASE NUMBER:      CR NO. 03-00413

CASE NAME:        USA vs. COLEEN S. ANDERSON-COOK

ATTYS FOR PLA:    Joseph A. Smiga

ATTYS FOR DEFT:   Alexander Silvert

INTERPRETER:

|  |  |  |  |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 12/05/2007 | TIME: | 9:53-9:53 |

COURT ACTION: EP: Non Jury Trial - Defendant not present.

Case Dismissed.

Submitted by: Warren N. Nakamura, Courtroom Manager