ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

JOSEPH A. SMIGA
Special Assistant U.S. Attorney
15 AW/JA
120 Sixth Street
Hickam AFB, Hawaii 96853-5336
Telephone No. 449-1737, Ext 234
Facsimile No. 448-0999
Email: joseph.smiga@hickam.af.mil

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 5 2007

at 8 o'clock and 05 min. AM
SUE BEITIA, CLERK

LODGED

DEC 03 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.: 03-00413 |
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR DISMISSAL WITHOUT PREJUDICE |
| COLEEN S. ANDERSON, | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses, without prejudice, the information against COLEEN S. ANDERSON, due to lack of sufficient evidence.

DATED: Honolulu, Hawaii, _15 Nov_____, 2007.

>EDWARD H. KUBO, JR.
>United States Attorney
>District of Hawaii
>
>By _/s/ Joseph A. Smiga_____
>    JOSEPH A. SMIGA
>    Special Assistant U.S. Attorney
>
>Attorneys for Plaintiff
>UNITED STATES OF AMERICA

APPROVED AND SO ORDERED:

_/s/ Leslie E. Kobayashi_____          _12/4/07_____
UNITED STATES MAGISTRATE JUDGE                DATED

UNITED STATES v. COLEEN S. ANDERSON
CR. NO.: 03-00413
Order For Dismissal